UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D. J.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GERBER PRODUCTS COMPANY, et al.,<br><br>　　　　Defendants. | Case No.  24-cv-01836-RFL<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is REFERRED to the Honorable Jacqueline Scott Corley for consideration of whether the case is related to 3:23-cv-06087-JSC.

**IT IS SO ORDERED.**

Dated: March 28, 2024

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　RITA F. LIN
　　　　　　　　　　　　　　　　　　　　United States District Judge